No. 11–9520.  LANCASTER v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–9521.  KING v. STEVENSON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–9522.  PRIMAS v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 11–9531.  PEREZ v. STAINER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–9533.  MCHENRY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–9534.  NOLL v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–9541.  CRUZ v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–9544.  WRIGHT v. BUTTS, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 11–9545.  BURNS v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–9546.  ARNOLD v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–9548.  BURNELL v. JUNIOUS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–9549.  TRICOME v. AUTOMATTIC, INC., ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 11–9551.  LEE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 11–9568.  SYKES v. ELLIOT ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9573.  HALL v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.